# COURT REPORTER'S REQUEST FOR EXTENSION OF TIME

THIS RECORD IS DUE ON _____

THIS RECORD WAS ORIGINALLY DUE ON _1-17-2015___

I AM REQUESTING __12__ DAYS

THIS RECORD IS APPROXIMATELY 60 PAGES LONG

IS THIS APPEAL ACCELERATED? ___YES __X_NO___

SIXTH COURT OF APPEALS CAUSE NO. ___6-186 - 188-__

STYLE OF CASE: State of Texas vs. Darrian Sanders_____

TRIAL COURT 336th Judicial District, Fannin County, Texas_____

TRIAL COURT CAUSE NO. _CR-12-24246, 24273, 24274, 24275_____

I am responsible for preparing a record in this appeal, but am unable to file the record by the original due date for the following reason(s): (Check all that apply - attach additional page if necessary)

____ To the best of my knowledge, the Appellant has made no claim of indigence or has been found to be not indigent, and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

____ My duties listed below preclude working on this record: _____

_____

_____

_____

_____

_____

_X_ Other (explain) I was serving as substitute reporter for the Official Reporter in this Court. I was not notified of the appeal until this morning, 1-20-2015, from the reporter that the case had been appealed and that the appeal date had passed. _____

_____

_____

_____

ompliance with TE... ...PP. P. 9.5(e), I certify that a copy of this notice has been served ...nsel for all parties to ...al court's judgment or order being appealed. I further certify ...signature below tha... ...nformation contained in this notice is true and within my perso... ...wledge.

_1-20-2015_
...e

Signature

_Gale H. Fiasco_
Printed Name

_903-583-...58_
...ce Phone Number

_Court Reporter ..._
Official Title        Cou... ...

_f.asco@...sco.net_
...ail address (if avai...

...following parties ... ...n served with a copy of this document:
...rmation may be eithe... ...typed.)

...d Counsel for Ap... ...s):

...me: _Donald ...er_

...dress: _414 ... Rayburn_

_Bonham, ...5418_

...one No. _903-8...2464_

...omey for: _Dac... Sanders_

**Lead Counsel for Appellee...**

Name: _James W...s..._

Address: _101 E. Sa...Rayb..._

_Bonham, TX ...5418_

Phone No. _903-583-...8_

Attorney for: _Sta... ...Tex..._

FAX TO: Molly ... (Deputy Criminal Clerk) or Kim Robinson (Deputy Civil Clerk)

Sixth Court of Appeals. Texarkana, at

903 798-3034

(to be followed by a printed version by mail)

*Gale H. Fiasco*
*Certified Shorthand Reporter*
*Fannin County Court at Law*
*210 South Main Street*
*Bonham, Texas 75418*
*(903) 583-9258*

Date: _1-20-2015_  Time: _11:35_   Number of Pages: _3_
(Including Cover Sheet)

DELIVER TO:

Name: _____ Pate _____

FAX Number: _903-798-3034_

Subject: _Extension of time - Darrian Davis-Santos_

Comments: _____
_____
_____
_____

** If there are problems with this transmission, please contact the sender as soon as possible.